JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN M. MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 5:24-cv-01304-AH (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: OCTOBER 10, 2025

*Anne Hwang*
ANNE HWANG
United States District Judge